UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Chapter 11
                                                    Case No. 09-13681-CED
SOUTHERN ROAD BUILDERS
OF POLK COUNTY, INC.

Debtor
_____/

## MOTION TO STRIKE SOUTHERN'S OBJECTION TO CLAIM #12
## FILED BY KEVIN AND DEBRA ROGGEN

Kevin and Debra Roggen ("Roggens"), by and through their undersigned attorney, hereby move to strike Debtor's Objection to Claim #12 as such Objection is coupled with request for affirmative relief and should be brought as an adversary complaint.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Strike Debtor's Objection to Claim #12 has been served on this **9th day of November, 2009** either by electronic transmission or by US first class mail postage prepaid to the following addresses.
cc:
Debtor's atty: Richard J. McIntyre, McIntyre, Panzarella, Thanasides & Eleff, 6943 East Fowler Avenue, Temple Terrace, FL 33617
US Trustee: Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602

/s/ Shirley C. Arcuri
SHIRLEY C. ARCURI
SHIRLEY C. ARCURI, P.A.
P.O.Box 10918
Tampa, FL 33679-0918
(813) 857-4081 / (813) 837-2182 Fax
Florida Bar #236071

6964-001 Mo to Strike Obj.#12