**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                  Case No. 8:09-bk-13681-CED
                                                                                           Chapter 11
SOUTHERN ROAD BUILDERS
OF POLK COUNTY, INC.

     DEBTOR.
_____/

**SOUTHERN'S OBJECTION TO CLAIMS**
(Claim Nos. 2, 3, 6, 7, 8, 9, 10, 11, 14 and 15)

The post-confirmation debtor, Southern Road Builders of Polk County, Inc., a Florida corporation, f/k/a B&B Tractor Works, Inc., a Florida corporation, ("Southern"), objects to Claim Nos. 2, 3, 6,7 and 15 (collectively, the "Claims") filed by GMAC, MeriCap Credit Corporation, Financial Federal Credit, Deere & Company, Wachovia Bank, N.A., Wachovia SBA Lending, Inc. and Caterpillar Financial Services (collectively, the "Claimants"), and in support of the objection (the "Objection"), states as follows:

**JURISDICTION & VENUE**

1.      On **June 26, 2009**, Southern filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §101 *et seq* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "Court").

2.      On October 9, 2009 the Court held a Confirmation Hearing and Debtor's Chapter 11 Plan of Reorganization, as amended ("Plan") was confirmed and the Court entered an order confirming the Plan on October 28, 2009 (the "Confirmation Order").

3. The Debtor objects to the Claims to the extent that the Claims, as filed, do not reflect the allowed secured and/or unsecured claim amounts set forth in the Confirmation Order which were agreed to by and between the Debtor and Claimants prior to confirmation.

WHEREFORE, Southern respectfully requests the Court enter an order sustaining the Objection and further finding that the Claims are allowed to the extent and in the amounts set forth in the Confirmation Order, and granting such other and further relief as is just and necessary under the circumstances.

Respectfully submitted,

/s/Richard J. McIntyre
RICHARD J. McINTYRE, ESQUIRE
Florida Bar No. 0962708
rich@mcintyrefirm.com
McIntyre, Panzarella, Thanasides,
   Eleff & Hoffman, P.L.
6943 E. Fowler Avenue
Temple Terrace, Florida 33617
(813) 899-6059
(813) 899-6069 (Facsimile)
Attorneys for Southern Road Builders of
Polk County, Inc.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system or U.S. Mail to **Office of the United States Trustee**, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; GMAC, M. Bohen, Agent, P.O. Box 130424, Roseville, MN 55113; MeriCap Credit Corporation, Lonnie Ledford, 3333 Warrenville Rd, Ste. 325, Lisle, IL 60532; MeriCap Credit Corporation, Liben M. Amedie, Esq., 401 E. Jackson Street, Ste. 1700, Tampa, FL 33601-3273; Financial Federal Credit, Inc., Robert T. Bonsignore, Associate Counsel, 733 Third Avenue, 24th Floor, New York, NY 10017; Financial Federal Credit, Inc., W. Patrick Ayers, Esq., 302 Knights Run Avenue, Ste 1100, Tampa, FL 33602; Deere & Company, c/o A. Christopher Kasten, II, Esq., Bush Ross, P.A., P.O. Box 3913, Tampa, FL 33601-3913; Caterpillar Financial Services, c/o Roy Kobert, Esq., P O Box 4961, Orlando, FL 32802-4961; Wachovia Bank, N.A., c/o Niall T. McLachlan, Esq., Carlton Fields, 100 S.E. 2nd St., Ste. 3900, Miami, FL 33131; Wachovia SBA Lending, Inc., c/o Richard H. Malchon, Esq., 401 E. Jackson St., Ste. 2700, Tampa, FL 33602 on this 20 day of November, 2009.

/s/Richard J. McIntyre
Attorney