UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                              CASE NO.: 8:09-BK-13681-CED
**SOUTHERN ROAD BUILDERS**                          Chapter 11
**OF POLK COUNTY, INC.**,
          Debtor.
_____/

### RESPONSE TO SOUTHERN ROAD
### BUILDERS OF POLK COUNTY, INC.'S OBJECTON TO CLAIMS

COMES NOW, Deere & Company, by and through its undersigned counsel and files this Response to Southern Road Builders of Polk County, Inc.'s Objection to Claims and states as follows:

1.      The debtor filed a Motion to Value Property of the Estate (Dkt# 41) which was heard on September 4, 2009.  An Order was entered denying the Motion as Moot (Dkt# 155) which sets forth that the Debtor and Deere & Company have agreed that the value of the collateral is $39,000.00.

2.      The Debtor's objection to Deere & Company's claim is to the extent that it is inconsistent in the amount set forth in the Confirmation Order.

3.      Deere & Company's agreed value of the collateral, $39,000.00 is not included in the Confirmation Order nor is it referenced in the Amended Plan of Reorganization.

4.      Deere & Company does not object to the amount of its secured claim being $39,000.00 as contained in the Order Denying Debtor's Motion to Value Collateral of the Estate.

Dates: November 25, 2009          BUSH ROSS, P.A.
       Tampa, FL                  P.O. Box 3913
                                  Tampa, FL 33601-3913
                                  813-224-9255 - Telephone
                                  813-223-9620 - Facsimile
                                  Attorneys for Deere & Company


                                  _____s/ A. Christopher Kasten, II_____
                                  A. Christopher Kasten, II, Esquire
                                  Florida Bar No. 771236
                                  *ckasten@bushross.com*

714531.01

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 25, 2009, I electronically filed a true and correct copy of the Response to Southern Road Builders of Polk County, Inc.'s Objection to Claims with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

            <u>     s/ A. Christopher Kasten, II</u>
            ATTORNEY

**<u>Via the CM/ECF system which will send a Notice of Electronic Filing to:</u>**

Richard J. McIntyre, Esquire
Cynthia Burnett, Esquire, Trustee

**<u>Via U.S. Mail Delivery to:</u>**

All parties listed on the Local Rule 1007-2 parties in interest list

714531.01