UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:                                                                  CASE NO. 8:09-bk-13681-CED

SOUTHERN ROAD BUILDERS OF
POLK COUNTY, INC.

Debtor.
_____/

**CREDITOR, WACHOVIA BANK, N.A.'S RESPONSE TO DEBTOR'S
OBJECTION TO CLAIM**

Creditor, Wachovia Bank, National Association, by and through its undersigned counsel, responds to the Debtor's objection to Claim No. 11, and states as follows:

1. Wachovia Bank filed its claim, in the amount of $502,656.25 on September 16, 2009 ("Claim No. 11").

2. The Debtor's objection to Wachovia Bank's claims should be denied as the Debtor's motion is based upon two legally and factually insufficient concepts.

3. First, the Debtor contains that Wachovia's claim should be restricted to the amounts set forth in the confirmation order. However, the Debtor never filed any objection to the accuracy of Wachovia Bank's claim prior to entry of the confirmation order. 11 U.S.C. §502(a).

4. Neither the Debtor's second amended plan nor its disclosure statement provided that Wachovia Bank's claim was limited to exactly $500,000.00.[1] The fact that

---

[1] Although the Plan refers to Wachovia's claim in the amount of $500,000.00, that was in fact the principal amount of the Bank's claim. Given that pre-petition interest increased the claim to $502,656.25, it is hardly

16023744.1 49751-44664

the confirmation order includes a one-line statement regarding Wachovia's claim "in the amount of $500,000.00" should have absolutely no impact in the amount of Wachovia's duly-filed claim given the Debtor's failure to object to the amount of the claim on any basis other than the language of the confirmation order.

5.    The Debtor next contains that it reached an "agreement" with Wachovia Bank regarding the size of its claim. This statement is factually incorrect. There has been absolutely no agreement between the Debtor and Creditor nor between their respective counsel limiting Wachovia's claim to $500,000.00.[2]

WHEREFORE, for the above reasons, Wachovia Bank, National Association respectfully requests that the Debtor's objection to Claim No. 11 be disallowed in its entirety.

Respectfully submitted,

By:    /s/ NIALL T. MCLACHLAN
Niall T. McLachlan
Florida Bar No. 0059552
CARLTON FIELDS, P.A.
100 S.E. Second Street, Ste. 4000
Miami, Florida 33131-9101
Phone: 305-539-7243; Fax: 305-530-0055
Email: nmclachlan@carltonfields.com

---

surprising that the undersigned construed this statement as using round numbers in the absence of any filed objection to Wachovia's claim.
[2] Although the difference between Wachovia's filed claim and $500,000.00 is only $2,656.25 in pre-petition interest, Wachovia does not want the confirmation order to affect its pending state court claims against the loan's guarantor, Chris Brock.

16023744.1 49751-44664

## CERTIFICATE OF SERVICE
## Case No. 8:09-bk-13681-CED

I HEREBY CERTIFY that on this 9TH day of December, 2009, a true and correct copy of the foregoing Notice of Appearance and Request for Copies was served electronically with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

- Liben Amedie    liben.amedie@akerman.com, sharon.wells@akerman.com
- Stephenie Biernacki Anthony    Stephenie.anthony@anthonyandpartners.com, lwright@anthonyandpartners.com
- Shirley C. Arcuri    sarcuri1@tampabay.rr.com
- W Patrick Ayers    wpayers@arnstein.com, pemadison@arnstein.com
- Robert T Bonsignore    rbonsignore@financialfederal.com
- Cynthia Burnette    Cindy.P.Burnette@usdoj.gov
- A. Christopher Kasten    ckasten@bushross.com, sgraham@bushross.com;bnkecf@bushross.com
- Roy S Kobert    orlandobankruptcy@broadandcassel.com
- Richard H Malchon    richard.malchon@ruden.com
- Richard J McIntyre    rich@mcintyrefirm.com, dana@mcintyrefirm.com;jackie@mcintyrefirm.com;KellyGreen@mcintyrefirm.com;sandy@mcintyrefirm.com;lisa@mcintyrefirm.com;erick@mcintyrefirm.com
- Niall T McLachlan    nmclachlan@carltonfields.com
- Michael Nardella    michael.nardella@akerman.com
- United States Trustee - TPA    USTPRegion21.TP.ECF@USDOJ.GOV

By:    /s/ Niall T. McLachlan

16023744.1 49751-44664