## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**In re:**

**Southern Road Builders of**
**Polk County, Inc.**

**CHAPTER 11**
**CASE NO. 8:09-bk-13681-CED**

    **Debtor.**

_____/

### RESPONSE TO DEBTOR'S OBJECTION TO
### PROOF OF CLAIM FILED BY MERICAP CREDIT
### CORPORATION, CLAIM REGISTER NO. 3

MeriCap Credit Corporation ("MeriCap") responds to the Debtor's Objection to Proof of Claim Filed by MeriCap, Claim Register No. 3 (the "Objection")(Dkt. No. 223). In support thereof, MeriCap states as follows:

1. On July 13, 2009, MeriCap filed a proof of claim in Debtor's bankruptcy case ("Claim 3-1"). Claim 3-1 asserted a secured claim for full damages of $150,243.92, which represented the full amount due to MeriCap as of Debtor's petition date.

2. During the case, Debtor surrendered the collateral securing the obligations to MeriCap, and Debtor and MeriCap agreed that the value of the collateral was $70,000, as reflected in the confirmed amended plan of Debtor (the "Amended Plan")(Dkt. No. 113). As agreed by the parties, MeriCap would receive a $62,726 unsecured claim, again as reflected in the Amended Plan.

3. On November 20, 2009, Debtor filed the Objection.

4. On December 10, 2009, MeriCap filed an amended proof of claim ("Claim 3-2"), but failed by accident to completely account for the deal between the parties.

5. On December 11, 2009, MeriCap filed a second amended proof of claim ("Claim 3-3"), properly accounting for the agreement between the parties and the confirmed plan, and claiming an unsecured debt of $62,726.

6. Claim 3-3 reflects the correct claim amount, is the exact amount as reflected in the confirmed Amended Plan, and should be allowed. MeriCap believes, with the filing of Claim 3-3, the Objection is moot.

WHEREFORE, MeriCap respectfully requests that this Court enter an order allowing Claim 3-3 in its entirety or granting such other and further relief as the Court deems just and proper.

Dated this 22nd day of December, 2009.

/s/ Michael A. Nardella
Jules S. Cohen, Esquire
Florida Bar No. 14520
Michael A. Nardella
Florida Bar No. 51265
**AKERMAN SENTERFITT**
Post Office Box 231
420 South Orange Avenue, Suite 1200
Orlando, FL  32802-0231
Phone: (407) 423-4000
Fax: (407) 843-6610

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22nd, 2009, I caused the foregoing to be served via electronically or by U.S. Mail, postage prepaid, on the following: **Debtor:** Southern Road Builders of Polk County, Inc., 2840 Security Lane, Lakeland, FL 33803; **Counsel**

**for the Debtor:** Richard J McIntyre, McIntyre, Panzarella, Thanasides & Eleff, 6943 East Fowler Avenue, Temple Terrace, FL 33617; **U.S. Trustee:** United States Trustee, Timberlake Annex, Ste. 1200, 501 E. Polk Street, Tampa, FL 33602; and all parties listed on the attached mailing matrix.

                                                    */s/ Michael Nardella*
                                                    Michael Nardella, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:09-bk-13681-CED<br>Middle District of Florida<br>Tampa<br>Tue Dec 22 13:49:35 EST 2009 | Bank of America<br>101 South Florida Avenue<br>Lakeland, FL 33801-4619 | Caterpillar Financial Services Corporation<br>c/o Roy S. Kobert<br>P.O. Box 4961<br>Orlando, FL 32802-4961 |
| Cynthia P. Burnett<br>Asst. United States Trustee<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | Deere & Company<br>c/o A. Christopher Kasten, II, Esquire<br>Bush Ross, P.A.<br>PO Box 3913<br>Tampa, FL 33601-3913 | Department of Labor and Security<br>Hartman Building Suite 307<br>2012 Capital Circle Southeast<br>Tallahassee FL 32399 0648 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Financial Federal Credit Inc.<br>Robert T Bonsignore<br>Associate Counsel<br>733 Third Avenue, 24th Floor<br>New York, NY 10017-3222 | Financial Federal Credit, Inc.<br>c/o W. Patrick Ayers, Esq.<br>302 Knights Run Avenue<br>Suite 1100<br>Tampa, Florida 33602-5987 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Kevin/Debra Roggen<br>Stephenie Anthony Esq<br>201 N Franklin St #1670<br>Tampa FL 33602-5182 | Kevin/Debra Roggen<br>c/o Shirley C. Arcuri, P.A.<br>P.O. Box 10918<br>Tampa, FL 33679-0918 |
| Mericap Credit Corporation<br>Liben M Amedie Esq<br>401 E Jackson St Ste 1700<br>Tampa FL 33602-5250 | Office of US Attorney<br>Attn Civil Process Clerk<br>400 North Tampa St Suite 3200<br>Tampa FL 33602-4774 | Roggen Enterprises of Polk County, Inc.<br>c/o Shirley C. Arcuri, P.A.<br>PO Box 10918<br>Tampa, Fl 33679-0918 |
| United States Trustee<br>Cynthia Burnette<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Wachovia Bank, N.A.<br>c/o Niall T McLachlan, Esq.<br>Carlton Fields, P.A.<br>100 S.E. 2nd St, Ste 3900<br>Miami FL 33131-2100 | Wachovia SBA Lending, Inc.<br>c/o Richard H. Malchon, Jr., Esq.<br>401 E. Jackson St., Suite 2700<br>Tampa, FL 33602-5841 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

End of Label Matrix
Mailable recipients   17
Bypassed recipients    0
Total                 17